**Order entered March 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00056-CV

**COLUMBIA NORTH HILLS HOSPITAL, SUBSIDIARY, L.P., INDIVIDUALLY AND A/K/A AND D/B/A NORTH HILLS HOSPITAL, Appellant**

**V.**

**TONI GAIL TUCKER, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15031**

## ORDER

We **GRANT** appellee's March 18, 2014 motion for an extension of time to file a brief. Appellee shall file her brief on or before April 1, 2014. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ADA BROWN
        JUSTICE